**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES ex rel. DEREK CASADY and NANCY CASADY,**<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>**AMERICAN INTERNATIONAL GROUP, INC.; THE GOLDMAN SACHS GROUP, INC.; MERRILL LYNCH INTERNATIONAL, and its successor Bank of America; DEUTSCHE BANK, AG; DEUTSCHE BANK CAYMAN ISLANDS BRANCH; GOLDMAN SACHS INTERNATIONAL; GOLDMAN SACHS BANK USA, as Successor-In-Interest to Goldman Sachs Capital Markets, L.P.; SOCIETE GENERALE,**<br><br>Defendants - Appellees. | No. 14-55712<br><br>D.C. No. 3:10-cv-00431-GPC-MDD<br><br>**MEMORANDUM**<sup>*</sup> |

Appeal from the United States District Court
for the Southern District of California
Gonzalo P. Curiel, District Judge, Presiding

---

<sup>*</sup> This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted May 3, 2016[**]
Pasadena, California

Before:      **KOZINSKI**, **W. FLETCHER** and **GOULD**, Circuit Judges.

   **AFFIRMED** for the reasons stated by the district court.

---

   [**] The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).